UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LISA R. PARADIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:14-cv-00307-JDL |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 28) with the court on June 30, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  Paradis filed an Objection to the Recommended Decision on July 30, 2015. (ECF No. 31).  The Acting Commissioner of Social Security filed a Response to Paradis' Objection on August 3, 2015. (ECF No. 32).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The Commissioner's decision is **AFFIRMED**.

SO ORDERED.

/s/ Jon D. Levy
**U.S. District Judge**

**Dated this 12th day of August 2015.**